McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
WYETH McADAM
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MONIQUE MIZE, | Case No.: 2:18-cv-03202-AC |
|     Plaintiff, | **STIPULATION FOR EXTENSION OF TIME AND** ~~**PROPOSED**~~ **ORDER** |
|     vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
|     Defendant. | |

    IT IS HEREBY STIPULATED, by and between Monique Mize (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of sixty (60) days to file her Opposition to Plaintiff's Opening Brief. The current due date is June 10, 2019. The new date will be August 9, 2019. All other deadlines will extend accordingly.

    Defense counsel needs an extension of time because she is a newer hire who needs more time to complete review and analysis of the 1,300 page record, consider the issues raised in Plaintiff's brief, determine whether options exist for settlement, accommodate competing

Stip. & Prop. Order for Ext., 2:18-cv-03202-AC

workload demands (including six briefs to file this month), draft the response, go through the necessary in-house reviews, and go on vacation with family in July. This request is made in good faith with no intention to delay unduly the proceedings. Counsel apologizes to the Court for any inconvenience this delay may cause.

This is Defendant's first request for an extension.

Respectfully submitted,

Dated: June 7, 2019
M<small>C</small>GREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ S. Wyeth McAdam*
S. WYETH M<small>C</small>ADAM
Special Assistant United States Attorney
Attorneys for Defendant

*/s/ Young Chul Cho*
YOUNG CHUL CHO
Attorney for Plaintiff
Law Offices of Lawrence D. Rohlfing
(*As authorized via e-mail on June 7, 019)

## ORDER

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, DEFENDANT SHALL FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF ON OR BEFORE AUGUST 9, <u>2019</u> ~~2018~~.

Dated: June 7, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Ext., 2:18-cv-03202-AC