MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8928
    Facsimile: (415) 744-0134
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

|  |  |
|---|---|
| MONIQUE MIZE, | CIVIL NO. 2:18-cv-03202-AC |
|    Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF (SECOND REQUEST BY DEFENDANT) |
|    vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
|    Defendant. | |

     IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a short 10 day extension, from August 9, 2017 to August 19, 2019 in which to file her Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion. Plaintiff will have until September 3, 2019 to file her reply.

     This is Defendant's second request for an extension, and first request since this case was transferred to the undersigned Counsel. Defendant regretfully requests this extension, because Counsel must be out of the office August 5-9, 2019. Counsel has been unable to complete this brief before August 9, 2019, due to personal issues relating to a close friend's daughter's ongoing battle with

relapsed Leukemia, which have required Counsel to miss work. Counsel appreciates Plaintiff's Counsel's professional courtesy and apologizes to the Court for the inconvenience.

Respectfully submitted,


MCGREGOR W. SCOTT
United States Attorney

Dated: August 5, 2019          By: /s/ Marla K. Letellier
MARLA K. LETELLIER
Special Assistant United States Attorney
Attorneys for Defendant


LAW OFFICES OF LAWRENCE D. ROHFLING

Dated: August 5, 2019          By: /s/ Young Cho
YOUNG CHO
Attorney for Plaintiff
(as approved by email on August 5, 2019)



PURSUANT TO STIPULATION, IT IS SO ORDERED:


DATED: August 6, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE